UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JORGE EDUARDO CRISTOBAL AMEZCUA, | Case No.: 3:26-cv-3613-CAB-JAC |
|---|---|
| Petitioner, | **ORDER DISMISSING THIRD PETITION FOR A WRIT OF HABEAS CORPUS** |
| v. | |
| CHRISTOPHER LAROSE, | |
| Respondent. | |

Petitioner Jorge Eduardo Cristobal Amezcua, an immigration detainee proceeding pro se, has filed a third petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Third Petition").] On March 2, 2026, Petitioner filed his first habeas petition in a separate case. [Case No. 3:26-cv-1340-CAB-DDL ("*Amezcua I*"), Doc. No. 1 ("Petition").] Before the Court ruled on the Petition, an immigration judge ("IJ") granted Petitioner voluntary return to Mexico by June 1, 2026 with release from detention within five business days of the order and payment of a bond. [*Id.*] Instead of voluntarily returning to Mexico, however, Petitioner appealed the IJ's order to the Board of Immigration Appeals ("BIA"). [*Amezcua I*, Doc. No. 14.]

1

On May 20, 2026, Petitioner filed a second petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [*Amezcua I*, Doc. No. 15 ("Second Petition").] The Court denied his Second Petition because of his pending appeal with the BIA. [*Amezcua I*, Doc. No. 16.]

On June 18, 2026, Petitioner filed his Third Petition. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Here, the Third Petition provides no new information or grounds for relief that were not raised in the two prior petitions before this Court. Therefore, the Court **DISMISSES** the Third Petition and advises Petitioner that future petitions that do not demonstrate materially changed circumstances, such as the resolution of his appeal to the BIA, will be similarly dismissed.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: June 26, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge